**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **GEOFFREY GEIST,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**AARON HANDKE**<br>**D/B/A FOXPOINT TRUCKS, LLC, et al.,**<br><br>     **Defendants.** | Case No. 2:17-cv-02317-HLT |

**JOINT MOTION TO APPROVE FLSA SETTLEMENT**

Plaintiff Geoffrey Geist and Defendants Aaron Handke d/b/a FoxPoint Trucks, LLC and OTR Leasing, LLC (collectively, "the Parties") jointly move the Court for an Order approving their settlement resolving Plaintiff's claims under the Fair Labor Standards Act ("FLSA"). The Parties' settlement meets (and exceeds) all requirements for the Court's approval. A bona fide dispute exists regarding Plaintiff's exempt status.[1] The settlement is both fair and equitable to the Parties and contains a reasonable attorneys' fee award. A copy of the Parties' settlement agreement is attached to the Memorandum of Law accompanying this Motion.[2]

For these reasons, which are set forth in full in the parties' contemporaneously filed

---

[1] Plaintiff also asserted in this lawsuit a claim for FLSA retaliation. That claim, however, does not require Court approval. *Dorner v. Polsinelli, White, Vardeman & Shalton, P.C.*, 856 F. Supp. 1483, 1488-89 (D. Kan. 1994). The Parties allocated the settlement proceeds between Plaintiff's overtime and retaliation claims based on Plaintiff's total out-of-pocket damages (i.e., alleged unpaid overtime payments and back-pay resulting from his alleged wrongful discharge). Plaintiff's overtime claim damages comprise 7.7% of his total out-of-pocket damages.

[2] Because the Parties are not required to seek approval from the Court to resolve Plaintiff's retaliation claim, portions of the Parties' settlement agreement relating only to that claim are redacted. The Parties will submit an unredacted copy to the Court for *in-camera* inspection upon the Court's request if the Court believes it necessary to understand the complete terms of the Parties' settlement agreement.

1

Memorandum of Law in support of this Motion, the Parties respectfully request that this Motion be GRANTED.

Respectfully Submitted By:

| CORNERSTONE LAW FIRM | SEYFERTH BLUMENTHAL & HARRIS LLC |
|---|---|
| */s/ Ryan M. Paulus* | */s/ Michael L. Blumenthal* |
| Ryan M. Paulus | Michael L. Blumenthal    KS Bar No. 18582 |
| 8350 North St. Clair Avenue – Suite 225 | 4801 Main Street, Suite 310 |
| Kansas City, Missouri 64151 | Kansas City, Missouri  64112 |
| Telephone:  (816) 581-4040 | Telephone:    816.756.0700 |
| Facsimile:   (816) 741-8889 | Facsimile:    816.756.3700 |
| Email: r.paulus@cornerstonefirm.com | Email:    mike@sbhlaw.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

2