IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GEOFFREY GEIST,<br><br>    Plaintiff,<br><br>v.<br><br>AARON HANDKE<br>D/B/A FOXPOINT TRUCKS, LLC,<br><br>and<br><br>OTRLEASING, LLC,<br><br>    Defendants. | Case No. 2:17-cv-02317-JWL-JPO |

### PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANTS' FIRST INTERROGATORIES

COMES NOW Plaintiff, Geoffrey Geist, by and through his attorneys, in the above-styled cause and submits the following Answers and Objections to Defendants'.

### INTERROGATORIES

1. State whether at any time during your employment with Defendants, you kept any notes, journals, diaries, calendars, blogs, or other records of events or conversations which relate to the allegations in your Complaint. Provide a description of any document identified, the date the document(s) was created, and the specific allegation(s) to which it is related.

ANSWER: Voicemails - Bates stamped GEIST 000247, 000248, 249; Emails GEIST 000051-000059. These documents relate to Plaintiff's retaliation and unpaid overtime claims.

EXHIBIT 2

> **May have knowledge concerning allegations contained in the Complaint, Plaintiff's work history and performance. Defendants' policies and procedures, and the facts and circumstances surrounding Plaintiff's termination.**
>
> **Michael Bidnick**
> **Former employee of Defendants**
> **May have knowledge concerning allegations contained in the Complaint, Plaintiff's work history and performance, Defendants' policies and procedures, and the facts and circumstances surrounding Plaintiff's termination.**
>
> **James Blake Fulton**
> **Employed by Defendant**
> **May have knowledge concerning allegations contained in the Complaint, Plaintiff's work history and performance, Defendants' policies and procedures, and the facts and circumstances surrounding Plaintiff's termination.**
>
> **Individuals already identified in Plaintiff's Rule 26 Disclosures**
>
> **Individuals identified by Defendant**
>
> **Defendant's current and former employees**
>
> **Individuals identified during discovery**

4.      Identify all damages that you claim in this lawsuit, including the exact amounts which you currently seek, including, but not limited to, the amount of every type of actual, compensatory, or punitive damages for which you seek compensation in this lawsuit, stating the total amount of your alleged injury (including the total amount of unpaid wages you claim you are owed) and how your alleged damages were calculated (including how your alleged unpaid wages were calculated).

**ANSWER:**

a. Reasonable Attorney's fees and costs to be determined by the trial judge after the trial. Plaintiff will ask that attorney's fees be calculated at a rate of Five Hundred Dollars ($500.00) per hour for Ryan Paulus and at Three Hundred Dollars ($300.00) per hour for Brittany Mehl (maiden name Brittany Coughlin). (See Court Order, Doc. 40, Case No. 2:14-cv-02112-TJJ).

b. Unpaid overtime in an amount to be determined at trial. Plaintiff routinely worked 41-42 hours a week but was always paid a flat 40. Overtime rate would be approximately $52.64 per hour. Over two years at 2 hours a week, unpaid overtime would equal approximately $10,949.99. Including an equal amount in liquidated damages would bring to total to $21,899.99.

c. Back pay to be assessed at trial to include lost wages and lost benefits. Plaintiff earned approximately $73,000 per year when he worked for Defendant. Plaintiff was terminated on or about March 10, 2017. At the time of this writing approximately 28 weeks have passed making back pay to date approximately $39,307.69. Including an equal amount in liquidated damages would bring the total to $78,615.38.

d. Emotional distress, pain and suffering, and harm to reputation damages to be determined by the jury at trial;

e. Pre- and post- judgment interest as allowed by law;

f. Punitive damages in an amount to be determined at trial.

g. Reinstatement and front pay. Equitable remedies determined by trial judge.

4

## VERIFICATION

STATE OF Missouri  )
                   ) ss.
COUNTY OF Clay     )

The below named person, being duly sworn on oath states that he has read the foregoing interrogatories and the answers given are true to the best of affiant's knowledge and belief.

_____
GEOFFREY GEIST

The foregoing answers to interrogatories were subscribed and sworn to before me this 9 day of October, 2017.

Kelli R. Reeder
Notary Public

My Commission Expires:

_____

"NOTARY SEAL"
Kelli R. Reeder, Notary Public
Clay County, State of Missouri
My Commission Expires 10/30/2020
Commission Number 16035510

13